UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAUSAU UNDERWRITERS INSURANCE COMPANY, a foreign corporation; and EMPLOYERS INSURANCE COMPANY OF WAUSAU, a foreign corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONTINENTAL CASUALTY COMPANY, a foreign corporation; COLMAC COIL MANUFACTURING, INC., a Washington corporation; and C&S WHOLESALE GROCERS, INC., a foreign corporation,<br><br>    Defendants. | NO. CV-07-0056-EFS<br><br>**ORDER OF DISMISSAL** |
| COLMAC COIL MANUFACTURING, INC., a Washington corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>WAUSAU UNDERWRITERS INSURANCE COMPANY, a foreign corporation; and EMPLOYERS INSURANCE COMPANY OF WAUSAU, a foreign corporation,<br><br>    Counterclaim Defendants, | |

ORDER ~ 1

Case 2:07-cv-00056-EFS    Document 109    Filed 11/14/08

By Stipulation filed November 12, 2008 (Ct. Rec. 108), the parties advised the Court that all surviving claims in above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS HEREBY ORDERED**:

1. All claims set forth in First Amended Complaint **(Ct. Rec. 3)** and the Counterclaim **(Ct. Rec. 19)** are **DISMISSED with prejudice** and **without costs** or fees awarded to any party.

2. All pending trial and hearing dates are **stricken**;

3. All pending motions are **denied as moot**;

4. This dismissal shall be **without prejudice** with respect to Colmac Coil Manufacturing, Inc.'s claims against Seabury & Smith, Inc. d/b/a Marsh Advantage America/Seabury & Smith, Inc.; and

5. This filed shall be closed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this ___14th___ day of November 2008.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2007\56.Stip.Dismiss.wpd

ORDER ~ 2